344 A.2d 461

George W. FOCHT, Appellant,

v.

Warren S. STAMM and Helen W. Stamm.

Supreme Court of Pennsylvania.

Argued Nov. 21, 1974.

Decided Oct. 3, 1975.

John E. Ruth, Marx, Ruth, Binder, Ward & Crump, Reading, for appellant.

John H. Forry, Reading, for appellees.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

Decree affirmed. Costs on appellant.